UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| EDWARD GONZALES, | § | |
| | § | |
|     Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-00057 |
| | § | |
| WARDEN CURRIE, | § | |
| | § | |
|     Respondent. | § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION TO SUMMARILY DISMISS HABEAS PETITION

On March 18, 2013, United States Magistrate Judge Brian L. Owsley issued his "Memorandum and Recommendation to Summarily Dismiss Habeas Petition" (D.E. 4). The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's Memorandum and Recommendation. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's Memorandum and Recommendation (D.E. 4), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, the Petition for Writ of

Habeas Corpus (D.E. 1) is **DISMISSED**. In the event that the Petitioner seeks a Certificate of Appealability, that request is **DENIED**.

ORDERED this 8th day of April, 2013.

_Nelva Gonzales Ramos_
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE